NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000467
17-NOV-2017
08:52 AM

NO. CAAP-17-0000467

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

COUNTY OF MAUI, Plaintiff-Appellee, v. UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P. NO. 16-1-0071(3))

ORDER DISMISSING APPEAL
(By: Nakamura, C.J., Fujise and Chan, JJ.)

Upon consideration of the Stipulation for Withdrawal and Dismissal of Appeal, filed November 9, 2017, by Defendant-Appellant United Public Workers, AFSCME, Local 646, AFL-CIO, the papers in support, and the record, it appears that (1) the appeal was docketed on August 1, 2017; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal without prejudice and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved in part, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, November 17, 2017.

Chief Judge

Associate Judge

Associate Judge